**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO MALDONADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILL KEMPTON, in his capacity as Director of the California Department of Transportation,<br><br>　　　　Defendant._____/ | No. C 02-03167 CRB<br><br>**ORDER** |

　　　Now pending before the Court are defendant's motion to dismiss, plaintiff's motion for judgment on the pleadings, and plaintiff's motion for a default judgment.

　　　Plaintiff's motion for a default judgment is DENIED and plaintiff's motion for judgment on the pleadings is DENIED without prejudice on the ground that it is premature and the number of pages violates the Court's standing orders and the Local Rules.

　　　Defendant's motion to dismiss is GRANTED in part and DENIED in part. It is granted to the extent that plaintiff challenges the California Outdoor Advertising Act's restrictions on off-site commercial advertising. See Metromedia, Inc. v. City of San Diego, 453 U.S. 490, 507-510 (1981); Clear Channel Outdoor, Inc. v. Los Angeles, 340 F.3d 810, 815-16 (9th Cir. 2003); Ackerley Communications of Northwest v. Krochalis, 108 F.3d 1095, 1099 (9th Cir. 1997). In all other respects defendant's motion is denied. Plaintiff has

1  demonstrated standing to challenge the Act's alleged restrictions on noncommercial
2  advertising.  Judicial estoppel does not bar plaintiff from alleging that the Act applies to his
3  billboard, and defendant has not established that the Act exempts noncommercial speech.
4  See Maldonado v. Harris, 370 F.3d 945, 953 n.5 (9th Cir. 2004).

**IT IS SO ORDERED.**

Dated: October 25, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE