IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO MALDONADO, | No. C 02-03167 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| WILL KEMPTON, | |
| Defendant. | |

Pursuant to the discussion in open court on February 17, 2006, the parties are hereby directed to submit supplemental briefing on the issue of an appropriate remedy if the Court finds the statute unconstitutional. Defendant shall file an opening brief no later than March 1, 2006. Plaintiff shall respond no later than March 8, 2006. Defendant may file a Reply by March 15, 2006.

**IT IS SO ORDERED.**

Dated: February 22, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\3167\order supp brief.wpd