1  BRUCE A. BEHRENS, Chief Counsel
   DAVID GOSSAGE, Deputy Chief Counsel
2  ANTONIO ANZIANO, Assistant Chief Counsel
   BARBARA J. WILLS, State Bar No. 75215
3  DANIEL P. WEINGARTEN, State Bar No. 159972
   595 Market Street, Suite 1700, San Francisco, CA 94105
4  Mail: P. O. Box 7444, San Francisco, CA 94120-7444
   Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for Defendant WILL KEMPTON in his capacity as Director of the
California Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANO MALDONADO, | ) | **No. C-02-3167 CRB** |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S NOTICE OF NONAVAILABILITY AND REQUEST FOR CONTINUANCE |
| vs. | ) | **ORDER** |
| WILL KEMPTON in his capacity as Director of the California Department of Transportation | ) | Judge:   Charles R. Breyer |
| Defendant. | ) | Action Filed:   July 2, 2002<br>Trial Date:   Not yet determined |

PLEASE TAKE NOTICE that counsel Daniel Weingarten for the Defendant is unavailable for the Court's scheduled Case Management Conference for Thursday, April 6, 2006 at 8:30 a.m. as required by this Court's Order of March 23, 2006, because several months ago, the Sonoma County Superior Court in a case entitled All-Coast Forest Products, Inc. v. State of California scheduled a Case Management Conference in Santa Rosa on that same day and time as this Court's Order. In light of the foregoing, I would request a continuance of this Court's Case Management Conference until the week of April 10, 2006 .

//

//

//

1

DEFENDANT'S NOTICE OF UNAVAILABILITY

1  Date: March 23, 2006

                                           BEHRENS, GOSSAGE, ANZIANO
                                           WILLS & WEINGARTEN

                                           By:_____/S/_____
                                           Attorneys for Defendant Will Kempton in
                                           his Capacity as Director, California
                                           Department of Transportation

March 28, 2006



DENIED
Judge Charles R. Breyer

2
DEFENDANT'S NOTICE OF UNAVAILABILITY