United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILL KEMPTON, in his capacity as Director of the California Department of Transportation,<br><br>　　　　Defendant.<br>_____ / | No. C 02-03167 CRB<br><br>**ORDER** |

　　　　The Court granted plaintiffs' motion for summary judgment and enjoined defendant from enforcing the California Outdoor Advertising Act ("COAA") to prohibit non-commercial speech where the Act permits commercial speech. The Court also expressed its concern that unless and until the State amends COAA to comply with the First Amendment, the Act will continue to have a chilling effect on the exercise of the constitutional right to free speech. The Court therefore directed the parties to propose methods for addressing this concern.

　　　　In its Joint Case Management Conference Statement dated April 3, 2006, the State agreed to perform the following:

　　　　1.　　Notice to Permit Holders: Send a letter to all persons or companies holding outdoor advertising permits in California explaining that noncommercial copy

can be placed on any legal outdoor advertising display.

2. <u>Notice to Private Associations</u>: Send a copy of that letter to organizations that deal with sign owners that do not have Caltrans permits and ask them to notify their members/sign owners: League of California Cities, County Supervisors Association, California State Outdoor Advertising Association, California Electric Sign Association, California State Outdoor Advertising Association, California Electric Sign Association, and the State Chamber of Commerce.

3. <u>Web-Site Publication</u>: Post notice of the decision o[n] the Outdoor Advertising section of Caltrans Web Page (and, if possible, include a link to the Court's opinion).

4. <u>Regulatory Amendment</u>: Amend the existing state regulations: probably by adopting a new regulation to the effect that: "Nothing in the Outdoor Advertising Act nor these regulations prohibits any person from placing any noncommercial copy on any legal outdoor advertising display."

5. <u>Notice to Mr. Maldonado:</u>  In the event that the Department seeks in the future to enforce the State court injunction against Mr. Maldonado for contempt that the Department shall attach a copy of this Court's decision to any subsequent order to show cause.

6. <u>Statutory Amendment</u>: The Department will seek to find a Legislative sponsor to carry a bill whose language satisfies the Court's order respecting noncommercial displays.

April 3, 2006 Joint Case Management Conference Statement at 4.

The State's proposal addresses the Court's concerns.  Accordingly, the State shall submit a declaration within 30 days of the date of this Order updating the Court on the status of its compliance with the above proposal.

**IT IS SO ORDERED.**

Dated: April 11, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE