Dennis Scott Zell (State Bar # 178061)
*FOGARTY & ZELL, LLP*
198 Taylor Boulevard
Millbrae, CA 94030
Tel. (650) 652-5601
Fax. (650) 652-5604
zell@usa.net

*Attorneys for Plaintiff*
 Nano Maldonado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANO MALDONADO,<br><br>             Plaintiff,<br><br>v.<br><br>WILL KEMPTON, in his capacity as Director of the California Department of Transportation,<br><br>             Defendant. | Case Number:      C02-3167 CRB<br><br>**STIPULATED MOTION TO EXTEND TIME** |

**I.**

**MOTION TO EXTEND TIME**

Plaintiff hereby requests leave to meet and confer with defendant until Friday, February 16, 2007 regarding the form of judgment.

In the alternative, if the court chooses to issue its own judgment, plaintiff requests leave to extend the date to file a motion for costs and attorneys fees until February 23, 2006 so as to allow the parties more time to continue their informal resolution of the attorneys' fee issue.

## II.

## **DECLARATION OF ATTORNEY ZELL**

1. I am the attorney for plaintiff Nano Maldonado in this action.

2. I have personal knowledge of all facts declared herein and if called as a witness could and would testify truthfully thereto.

3. This court issued a *Memorandum and Order* on January 10, 2007 disposing of the last remaining substantive issue in this case. The last sentence of the order stated, "As this is the last claim remaining in this lawsuit, the Court will issue a judgment."

2. To date, no judgment has been issued.

3. On this day, I submitted a proposed judgment to the court.

4. I immediately received a telephone call from attorney for the defendant Dan Weingarten informing me that he objected to the proposed form of judgment because it did not refer to the orders and rulings of the court in favor of defendant.

5. I indicated to Mr. Weingarten that (though I thought it unnecessary) I did not have any objection to a recital or reference to the relief denied.

6. Mr. Weingarten told me that he would be busy with another case until February 12, 2007, and asked me to write a letter to the court requesting time to meet and confer on a proposed judgment that could be jointly submitted.

7. Meanwhile, I have already submitted Mr. Weingarten information related to my claim for attorneys' fees, including information about who worked on the case, the number of hours worked, the general tasks performed, and information about our customary fees.

8. The attorneys fee issue will likely be contentious because this case has been pending for over 4 ½ years and plaintiff's counsel has expended 1,317.15 hours of time.

9. Mr. Weingarten has expressed a desire to attempt to resolve these issues informally.

10. I agree that it would serve the interests of justice to at least attempt informal resolution of the attorneys' fee issue.

1  I declare under penalty of perjury under the laws of the state of California that the
2  foregoing is true and correct.
3  Dated:       January 30, 2007              By:    *ss/Dennis Zell*



Janaury 31, 2007