Dennis Scott Zell (State Bar # 178061)
*FOGARTY & ZELL, LLP*
198 Taylor Boulevard
Millbrae, CA 94030
Tel. (650) 652-5601
Fax. (650) 652-5604
zell@usa.net

*Attorneys for Plaintiff*
  Nano Maldonado

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NANO MALDONADO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WILL KEMPTON, in his capacity as Director of the California Department of Transportation,<br><br>　　　　　　　Defendant. | Case Number:　　C02-3167 CRB<br><br>**STIPULATED MOTION FOR ORDER RE COSTS AND ATTORNEY'S FEES** |

## I. MOTION

Upon the stipulation of the parties filed herein concurrently herewith, it is hereby requested that the Court issue an order awarding plaintiff Nano Maldonado $1,494.62 for costs of suit, and $277,792.50 for attorney's fees consistent with all terms set forth in said stipulation.

Dated:　　March 6, 2007　　　　By:　*ss/*_____
　　　　　　　　　　　　　　　　　　　　　　Dennis Zell

*IT IS SO ORDERED*
Judge Charles R. Breyer

March 8, 2007

Page 1

Stipulated Motion for Order Re Costs and Attorney's Fees – C02-3167 CRB